James W. Perkins as Liquidator, &c., Appellant, v. D. F. Fuquay, et al., Appellees.

*Hull, Landis & Whitehair,* for Appellant.

P. V. Burns, Appellant, v. Broward Bank & Trust Company, Appellee.

*A. L. McMillan,* for Appellant;

*McCune, Hiaasen & Fleming,* for Appellee.

Sampson Cities Properties, et al., Appellants, v. Sampson Orange Grove, Appellee.

*Hampton & Green* and *D. Niel Ferguson,* for Appellants.